**MEMO ENDORSED**

# O'REILLY & SHAW, L.L.C.
## ATTORNEYS AT LAW

FRANCIS L. O'REILLY
JANE FORD SHAW

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

July 29, 2021

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Patricia Konco
      DK#7:21CR441(KMK)

Dear Judge Karas:

    On July 14, 2021, the above referenced client was arrested and released on conditions by Magistrate McCarthy. At the time of Ms. Konco's release the Court imposed a Bond in the amount of $200,000.00, secured by the equity in her parent's home in Wappingers Falls, NY. At the time Magistrate McCarthy imposed the Bond she gave the undersigned two weeks to obtain a title search and appraisal of the real property pledged as security for the Bond. I am writing to request an additional two weeks to submit the title search and the appraisal. The undersigned has been informed by Ms. Konco's father that due to the increased activity in the real estate market he has not been able to obtain the required documents and that another two weeks should be sufficient time to obtain the necessary documents. I have contacted Assistant United States Attorney Nicholas Bradley and he has informed me that he has no objection to this request. Therefore, for all of the above reasons, I hereby request an additional two weeks to obtain a title search and an appraisal of the real property pledged as security for Ms. Konco's release.

Very truly yours,

Francis L. O'Reilly

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/29/2021

www.oreillyandshaw.com