# O'REILLY & SHAW, L.L.C.
## ATTORNEYS AT LAW

**MEMO ENDORSED**

FRANCIS L. O'REILLY
JANE FORD SHAW

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

August 10, 2021

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Patricia Konco
DK#7:21CR441(KMK)

Dear Judge Karas:

On July 14, 2021, the above referenced client was arrested and released on conditions by Magistrate McCarthy. At the time of Ms. Konco's release the Court imposed a Bond in the amount of $200,000.00 secured by the equity in her parent's home in Wappingers Falls, NY. At the time Magistrate McCarthy imposed the Bond she gave the undersigned two weeks to obtain a title search and appraisal of the real property pledged as security for the Bond. Upon receipt of the appraisal of the real property, it was revealed that there was only approximately $165,000.00, in equity in their property to secure the bond. Therefore, I am writing to request a modification of the secured bond amount to $165,000.00, to reflect the actual equity in the real property pledged as security for my client's release. I am also requesting one additional week until August 17, 2021, in order to prepare and file the Confession of Judgment. I have contacted Assistant United States Attorney Nicholas Bradley and he has informed me that he has no objection to this request. Therefore, for all of the above reasons, I hereby request a modification of the secured bond condition to $165,000.00, and a continuance until August 17, 2021, to file the Confession of Judgment.

Very truly yours,

Francis L. O'Reilly

Granted.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/10/2021

www.oreillyandshaw.com