# O'REILLY & SHAW, L.L.C.
―――――――――ATTORNEYS AT LAW―――――――――

FRANCIS L. O'REILLY
JANE FORD SHAW

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL.: (203) 319-0707
FAX: (203) 319-0128

December 16, 2021

**MEMO ENDORSED**

Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains. NY 10601

Re: United States v. Patricia Konco
DK# 21CR441(KMK)

Dear Judge Karas:

    Please accept this letter as a request to modify the conditions of Patricia Konco's release to remove the location monitoring and accompanying curfew from her conditions of release. All other conditions of release shall remain in place. The undersigned has been informed by both Patricia and Pretrial Officer Leo Barrios that Patricia is having an allergic reaction to the ankle bracelet necessary for the location monitoring. The allergic reaction has resulted in an open sore on her lower leg which is not healing and causing her significant pain and discomfort. Additionally, as of this date Patricia has been in compliance with all of her other conditions of release and those conditions should remain in place. I have contacted Assistant United States Attorney Nicholas Bradley and he has no objection to this request and I have contacted Patricia's Pretrial Officer Leo Barrios and he also has no objection to this request. Therefore, for all of the above reasons I am requesting on Patricia's behalf that the location monitoring and the accompanying curfew condition be removed so that she can remove the injury causing location monitoring bracelet.

Very truly yours,

Francis L. O'Reilly

SO ORDERED

KENNETH M. KARAS U.S.D.J.

12/16/2021