**Law Offices of Diane Ferrone PLLC**

1325 Avenue of the Americas
28th Floor
New York, NY 10019
Phone: (646) 337-9010
Fax: (212) 401-0206

March 5, 2025

**VIA ECF**

Honorable Kenneth M. Karas
U.S. District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Patricia Konco, et al., 21-cr- 441 (KMK)

Dear Judge Karas:

I write to respectfully request modification to the terms of Ms. Konco's pre-trial release. Neither Pre-Trial Services Officer Shannon Finneran nor the government have any objection to the requests herein.

Ms. Konco is currently at liberty on, *inter alia*, the following terms and conditions set on July 14, 2021: a $ 200,000.00 personal recognizance bond secured by three financially responsible persons as well as her parents' house. Travel is limited to SDNY/EDNY and DCT for legal visits only. See ECF #8.

Ms. Konco seeks permission to travel on Saturday March 22, 2025 to a location in the Northern District of New York for her son's baseball tournament. If the request is approved, Ms. Konco will provide the specific location to her Pre-Trial Services Officer.

We also ask that for any additional requests for Ms. Konco to travel specifically for her son's baseball, the Court grant permission to Pre-Trial Services to approve or not approve any such requests at its discretion, without approval from the Court.

As noted, neither Pre-Trial Services nor the government object to either request.

We thank the Court for its consideration of the instant application.

Both requests are granted.                    Respectfully submitted,

So Ordered
[signature]
3/5/25                                         /s/

                                               Diane Ferrone

cc:   All Parties (via ECF)
      Pre-Trial Services Officer Shannon Finneran (via e-mail)